Case 1:22-cr-00635-KPF   Document 19   Filed 07/12/23   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2023



**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Avree Lamar*, 22 Cr. 635 (KPF)

Dear Judge Failla:

    The Government writes with respect to the sentencing scheduled for July 27, 2023 in the above-captioned action. The undersigned Assistant is scheduled to be on trial the week of July 24, 2023 before the Honorable Valerie E. Caproni. Accordingly, with consent of defense counsel, the Government respectfully requests that the date of sentencing be adjourned to August 22, 2023, at 3:00 p.m., which the Government understands to be convenient for the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Jerry Fang
    Assistant United States Attorney
    Southern District of New York
    Tel. 212-637-2584

cc: Richard Ma, Esq. (by ECF)

---

Application GRANTED. Mr. Lamar's sentencing is hereby ADJOURNED to 3:00 p.m. on **August 22, 2023**. Mr. Lamar shall file his sentencing submission on or before **August 8, 2023,** and the Government shall file its submission on or before **August 15, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 18.

SO ORDERED.

Dated:   July 12, 2023
           New York, New York

*Katherine Polk Failla*
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE