UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 22 Cr. 635 (KPF) |
| AVREE LAMAR, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has received Defendant's letter motion requesting that the Court recommend that the Federal Bureau of Prisons ("BOP") designate a New York State Correctional Facility as the place of confinement for service of Defendant's federal sentence, *nunc pro tunc*. (Dkt. #28). Defendant's letter motion indicates that the Government opposes this request. (*Id.*). The Government is hereby ORDERED to file a response to Defendant's letter motion in four weeks, on or before **March 10, 2026**. The Court will not authorize a reply.

SO ORDERED.

Dated:    February 10, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge